# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| RENAN FURLAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:13-cv-12249-RWZ |
| ) | |
| ILIJON CORPORATION d/b/a BRUTOLE ) | |
| RESTAURANT and ILIAS KAKOURIS, ) | |
| individually. ) | |
| ) | |
| Defendants. ) | |

---

## SECOND STATUS REPORT

Pursuant to this Honorable Court's order of May 6, 2014, the Parties hereby submit the following status report:

- Plaintiff has served his initial disclosures and written discovery requests upon the Defendants;
- Defendants have served their initial disclosures;
- In response to Defendants' first settlement offer, Plaintiff has revised his settlement demand in an effort to move the parties closer to settlement. Counsel for Plaintiff communicated the revised settlement demand to Defendant's counsel on or about May 6, 2014;
- Defendants have not responded to Plaintiff's revised settlement demand;
- On or about July 9, 2014, counsel for Plaintiff and Defendants communicated concerning what they believed was a scheduled status conference in the above-captioned matter. During this conversation, following an inquiry by Plaintiff's counsel about Plaintiff's revised settlement demand, Defendants' counsel indicated to Plaintiff's counsel that Defendant Kakouris was experiencing financial difficulties and that this was the reason no further settlement offers had been made. Nevertheless, Defendants' counsel indicated that Defendant

Kakouris was hoping to open a new restaurant in the coming weeks and that his financial condition might improve. Nevertheless, no further settlement offers have been made by the Defendants.

Plaintiff respectfully notes that his motion to amend his Complaint dated April 14, 2014 remains pending despite no opposition having been filed by the Defendants. Plaintiff respectfully requests that the Court consider his motion and schedule a status conference so that this litigation may move forward as it appears that efforts to resolve this matter through negotiation between counsel have not proved fruitful.

Respectfully submitted,
**Renan Furlan**,
By his attorneys,

Dated: July 31, 2014

/s/   Alan D. Meyerson
Alan D. Meyerson (BBO# 682515)
David B. Summer (BBO# 634514)
100 State Street, Ninth Floor
Boston, MA 02109
Telephone: (617) 444-9525
Telephone: (617) 695-0050
alan@alandavidmeyerson.com
david@summerlaw.com

Respectfully submitted,
DEFENDANTS
**ILIJON CORPORATION d/b/a BRUTOLE RESTAURANT and ILIAS KAKOURIS, individually.**
By Their Attorneys,
KAJKO, WEISMAN, COLASANTI & STEIN, LLP

/S/ David B. Stein

David B. Stein, BBO#:556456
430 Bedford Street
Lexington, MA 02420
Tel: (781) 860-9500
Fax: (781) 863-0046
dstein@massfirm.com

## Certificate of Service

I, Alan D. Meyerson, certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 31, 2014.

/s/  Alan D. Meyerson
Dated: July 31, 2014                    Respectfully submitted,
                                        Alan D. Meyerson